JS-6

| | |
|---|---|
| WALTER F. WIGGINS, JR. (CSB No. 138403) <br> LAW OFFICES OF WALTER F. WIGGINS, JR. <br> 5109 Topanga Canyon Boulevard <br> Woodland Hills, CA 91364 <br> (818) 462-6356 <br> wfwjrlaw@aol.com <br><br> Attorney for Plaintiff <br> PROSOLUTIONS SOFTWARE, INC. | JENNIFER L. KELLY (CSB No. 193416) <br> jkelly@fenwick.com <br> MARY E. MILIONIS (CSB No. 238827) <br> mmilionis@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile: 415.281.1350 <br><br> Attorneys for Defendants <br> DEMANDFORCE, INC. and INUIT INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PROSOLUTIONS SOFTWARE, INC., a corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEMANDFORCE, INC., a corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV-12-08342 MWF (AGR) <br><br> **ORDER DISMISSING COMPLAINT** |

The parties having so stipulated, IT IS ORDERED that the above-captioned action, including all claims therein, is hereby dismissed with prejudice, with each party to bear his or its own expenses, costs, and attorneys' fees.

IT IS SO ORDERED.

Dated: January 15, 2014       By:_____

The Honorable Michael W. Fitzgerald
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE        1        CASE NO. CV-12-08342 MWF (AGR)